Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Blossom Reyes-Soriano

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| BLOSSOM REYES-SORIANO,<br><br>Plaintiff<br><br>vs.<br><br>GOLDSMITH & HULL P.C.<br>Defendant. | Case No.: 2:21-cv-00034-JAM-KJN<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Goldsmith & Hull, P.C. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  April 26, 2021          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE